HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
KENDRA J. PAPPAS, ESQ., State Bar No. 226992
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801

Attorneys for Defendant
ANGIODYNAMICS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAIDYN MOORE, a minor, by his Guardian ad Litem, Kazandra Garza,<br><br>Plaintiff,<br><br>vs.<br><br>ANGIODYNAMICS, INC.,<br><br>Defendant. | No. CV 10-04065 RS<br><br>Assigned for all purposes to The Honorable Richard Seeborg<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INITIAL DISCLOSURES, REPORTS AND ADR**<br><br>[L.R. 7-12] |

## STIPULATION

On November 16, 2010, this Court entered a Reassignment Order re-setting the initial Case Management Conference to January 13, 2011 and the deadline for filing a Joint Case Management Conference Statement to seven (7) days prior to the conference, i.e., January 6, 2011. The parties hereby stipulate to the following adjustments to other deadlines, as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, filed on September 10, 2010.

-1-

The last day for the parties to perform the following is hereby adjusted from December 2, 2010 to December 23, 2010:  (1) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan [Fed.R.Civ.P. 26(f) & ADR L.R. 3-5]; (2) file the ADR Certification signed by Parties and Counsel [Civ. L.R. 16-8(b) & ADR L.R. 3-5(b)]; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference [Civ. L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)].

The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, is hereby adjusted from December 16, 2010 to January 6, 2011.

IT IS SO STIPULATED.


DATED:  November 19, 2010          HASSARD BONNINGTON LLP


                                   By /s/ Thomas M. Frieder
                                       Thomas M. Frieder
                                   Attorneys for Defendant
                                   ANGIODYNAMICS, INC.


DATED:  November 19, 2010          THOMAS QUICK, ATTORNEY AT LAW


                                   By:  /s/
                                       Thomas G. Quick
                                   Attorney for Plaintiff
                                   KAIDYN MOORE

-2-

Case No.  CV 10 4065 RS
STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INTIAL DISCLOSURES, REPORTS AND ADR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 11/23/10

_____
UNITED STATES DISTRICT JUDGE

-3-

Case No.  CV 10 4065 RS
STIPULATION AND [PROPOSED] ORDER RELATING TO DEADLINES FOR INTIAL DISCLOSURES, REPORTS AND ADR