*E-Filed 12/29/10*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KAIDYN MOORE, a minor, by his Guardian
ad Litem, Kazandra Garza,

          Plaintiff(s),

                v.

ANGIODYNAMICS, INC.,

          Defendant(s).

CASE NO.  CV 10-04065 RS

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

---

      Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      **Court Processes:**
          Non-binding Arbitration (ADR L.R. 4)
          Early Neutral Evaluation (ENE)   (ADR L.R. 5)
          Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
      ✓    Private ADR (*please identify process and provider*)  <u>Private mediation</u>
JAMS - SF

The parties agree to hold the ADR session by:
          the presumptive deadline *(The deadline is 90 days from the date of the order
          referring the case to an ADR process unless otherwise ordered. )*

      ✓    other requested deadline  <u>120 days from issuance of this order</u>

Dated: <u>12/ 23/10</u>

Dated: <u>12/ 23/10</u>

/s/ Thomas Quick
**Attorney for Plaintiff**

/s/ Thomas M. Frieder
**Attorney for Defendant**

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
✓  Private ADR

Deadline for ADR session
90 days from the date of this order.
✓  other   120 days from issuance of this order.

IT IS SO ORDERED.

Dated:  12/30/10

_____
UNITED STATES DISTRICT        JUDGE