*E-Filed 8/26/11*

1   THOMAS G. QUICK, ESQ. (SBN 242638)
    Email: thomasgeraldquick@msn.com
2   5674 Stoneridge Drive, Suite 201
    Pleasanton, CA 94588
3   Tel: (925) 598-9645
    Fax:  (925) 598-9645
4
    Attorney for Plaintiff Kaidyn Moore, a minor, by his
5   Guardian ad Litem, Kazandra Garza

6

7                 IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10

11  KAIDYN MOORE, a minor, by his            No. CV 10 4065 RS
    Guardian ad Litem, Kazandra Garza,
12
                    Plaintiff,              **JOINT STIPULATION FOR
13                                          VOLUNTARY DISMISSAL
            vs.                             PURSUANT TO FED. R. CIV. P.
14                                          41(a)(1)(A)(ii); [PROPOSED]
    ANGIODYNAMICS, INC.,                    ORDER**
15
                    Defendant.
16                                          [F.R.C.P. 41(a)(1)(A)(ii)]

17

18

19

20

21          Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

22  plaintiff Kaidyn Moore, a minor, by his Guardian ad Litem, Kazandra Garza, by and

23  through their attorney, and defendant AngioDynamics, Inc., by and through its

24  attorneys, hereby stipulate that plaintiff's claims in the above-captioned case be and

25  hereby are dismissed with prejudice, with each party to bear their own attorneys' fees

26  and costs.

27

28
                                          1

1    CERTIFICATION

2            I, Thomas M. Quick, hereby certify and affirm that the undersigned

3    counsel, Thomas M. Frieder, has authorized me to affix his signature to this Stipulation

4    and [Proposed] Order.

5    Dated this _26th_ day of August, 2011.

6

7                                      THOMAS QUICK, ATTORNEY AT LAW

8                                    /s/ Thomas G. Quick

9                                      Thomas G. Quick
                                     Attorney for Plaintiff

10                                   KAIDYN MOORE

11

12   Dated this 25th day of August, 2011.

13

14                                   HASSARD BONNINGTON LLP

15

16                                   /s/ Thomas M. Frieder

17                                   Thomas M. Frieder
                                     Attorneys for Defendant

18                                   ANGIODYNAMICS, INC.

19

20

21

22

23

24

25

26

27

28

                                          2

1    ORDER

2    PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that:

3          This action and all claims by plaintiff herein are dismissed with

4    prejudice, with each party to bear their own attorneys' fees and costs.

5          The Clerk shall close this file.

6    IT IS SO ORDERED.

7

8    DATED:___8/26___ _____, 2011

9

10                                        _____
                                          UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         -3-
_____
Case No. CV 10 4065 RS
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii);
[PROPOSED] ORDER