*E-Filed 8/26/11*

THOMAS G. QUICK, ESQ. (SBN 242638)
Email: thomasgeraldquick@msn.com
5674 Stoneridge Drive, Suite 201
Pleasanton, CA 94588
Tel: (925) 598-9645
Fax: (925) 598-9645

Attorney for Plaintiff Kaidyn Moore, a minor, by his Guardian ad Litem, Kazandra Garza

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAIDYN MOORE, a minor, by his Guardian ad Litem, Kazandra Garza,<br><br>Plaintiff,<br><br>vs.<br><br>ANGIODYNAMICS, INC.,<br><br>Defendant. | No. CV 10 4065 RS<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Kaidyn Moore, a minor, by his Guardian ad Litem, Kazandra Garza, by and through their attorney, and defendant AngioDynamics, Inc., by and through its attorneys, hereby stipulate that plaintiff's claims in the above-captioned case be and hereby are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

1

Case No. CV 10 4065 RS
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER

## CERTIFICATION

I, Thomas M. Quick, hereby certify and affirm that the undersigned counsel, Thomas M. Frieder, has authorized me to affix his signature to this Stipulation and [Proposed] Order.

Dated this 26th day of August, 2011.

THOMAS QUICK, ATTORNEY AT LAW

/s/ Thomas G. Quick
Thomas G. Quick
Attorney for Plaintiff
KAIDYN MOORE

Dated this 25th day of August, 2011.

HASSARD BONNINGTON LLP

/s/ Thomas M. Frieder
Thomas M. Frieder
Attorneys for Defendant
ANGIODYNAMICS, INC.

Case No. CV 10 4065 RS
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER

2

ORDER

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that:

This action and all claims by plaintiff herein are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

The Clerk shall close this file.

IT IS SO ORDERED.

DATED: ___8/26_____, 2011

_____
UNITED STATES DISTRICT JUDGE

-3-

Case No. CV 10 4065 RS
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER